# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF CASE OPENING

September 30, 2022

| | |
|---|---|
| No. 22-2749 | JEFFERY WILLIAM PAUL,<br>Petitioner - Appellee<br><br>v.<br><br>JOHN F. CARAWAY, Warden, et al.,<br>Respondents - Appellants |

**Originating Case Information:**

District Court No. 2:13-cv-00304-JMS-MJD
Southern District of Indiana, Terre Haute Division
Clerk/Agency Rep Roger A. G. Sharpe
District Judge Jane Magnus-Stinson
Case filed: 09/30/2022
Case type: pr/fed
Fee status: U.S. appellant
Date of Judgment: 08/02/2022
Date NOA filed: 09/30/2022

The above-captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit.

**Deadlines:**

| Appeal No. | Filer | Document | Due Date |
|---|---|---|---|
| 22-2749 | John F. Caraway | Transcript information sheet | 10/14/2022 |
| 22-2749 | United States of America | Transcript information sheet | 10/14/2022 |
| 22-2749 | John F. Caraway | Appellant's brief | 11/09/2022 |
| 22-2749 | United States of America | Appellant's brief | 11/09/2022 |

**THIS NOTICE SHALL NOT ACT AS A SUBSTITUTE FOR MOTIONS FOR NON-INVOLVEMENT / SUBSTITUTION OF COUNSEL. COUNSEL ARE STILL REQUIRED TO FILE THE APPROPRIATE MOTIONS.**

The docketing of an appeal in this court requires litigants and their counsel to comply with several requirements and rules. This notice calls to your attention that the Practitioner's Handbook For Appeals to the United States Court of Appeals for the Seventh Circuit should always be consulted to make sure you comply with all rules and court procedures. The full text of the most current versions of the Handbook, the Federal Rules of Appellate Procedure, the Circuit Rules, court forms and checklists are available at https://www.ca7.uscourts.gov or can be obtained from the Clerk's Office upon request. Counsel and parties are reminded to always check the most current rules.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. See Cir. R. 34(b)(3). The court's calendar is located at https://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. See Cir. R. 34(b)(4), (e).

form name: **c7_Docket_Notice** (form ID: **108**)