# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

September 30, 2022

**To:** Roger A. G. Sharpe
District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Case No: 22-2749

Caption:
JEFFERY WILLIAM PAUL,
Petitioner - Appellee

v.

JOHN F. CARAWAY, Warden, et al.,
Respondents - Appellants

District Court No: 2:13-cv-00304-JMS-MJD
Clerk/Agency Rep Roger A. G. Sharpe
District Judge Jane Magnus-Stinson
Date NOA filed in District Court: 09/30/2022

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form** (form ID: **188**)