# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

December 5, 2022

*By the Court:*

| | |
|---|---|
| No. 22-2749 | JEFFERY WILLIAM PAUL,<br>Petitioner - Appellee<br>v.<br>JOHN F. CARAWAY, Warden, et al.,<br>Respondents - Appellants |

| **Originating Case Information:** |
|---|
| District Court No: 2:13-cv-00304-JMS-MJD<br>Southern District of Indiana, Terre Haute Division<br>District Judge Jane Magnus-Stinson |

Upon consideration of the **UNOPPOSED MOTION FOR EXTENSION OF TIME**, filed on December 2, 2022, by counsel for the appellants,

**IT IS ORDERED** that the motion is **GRANTED**. Briefing will proceed as follows:

1. The brief and required short appendix of the appellants are due by January 23, 2023.

2. The brief of the appellee is due by February 22, 2023.

3. The reply brief of the appellants, if any, is due by March 15, 2023.

Important Scheduling Notice!
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).