# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

March 6, 2023

*By the Court:*

| | |
|---|---|
| No. 22-2749 | JEFFERY WILLIAM PAUL,<br>Petitioner - Appellee<br><br>v.<br><br>JOHN F. CARAWAY, Warden, et al.,<br>Respondents - Appellants |

| **Originating Case Information:** |
|---|
| District Court No: 2:13-cv-00304-JMS-MJD<br>Southern District of Indiana, Terre Haute Division<br>District Judge Jane Magnus-Stinson |

Upon consideration of the **UNOPPOSED MOTION TO STAY BRIEFING SCHEDULE**, filed on March 2, 2023, by counsel for the appellants,

**IT IS ORDERED** that the motion is **GRANTED**. Briefing in this appeal is **SUSPENDED**. The appellants shall file a statement of position within 14 days after resolution of the review process identified in their motion or any other development that affects this appeal. If the review process is not resolved, appellants shall file a status report by May 5, 2023.

form name: **c7_Order_BTC** (form ID: **178**)