No. 22-2749

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| JEFFERY WILLIAM PAUL,<br>Plaintiff-Appellee,<br><br>v.<br><br>JOHN F. CARAWAY, WARDEN, ET AL.<br>Defendants-Appellants | Appeal from the United States District Court for the Southern District of Indiana<br>Case No. 2:13-cv-00304-JMS-MJD |

**FIRST STATUS REPORT**

Pursuant to this Court's order dated March 6, 2023, the United States respectfully submits this status update on behalf of defendants-appellants.

This Court has suspended the briefing in this appeal pending the completion of an internal review by the Department of Justice concerning the death sentence in this case.

As of today, May 5, 2023, that process remains ongoing within the Department of Justice. Accordingly, the review and approval process for this government appeal remains pending. See 28 C.F.R. § 0.20(b).

The briefing schedule should remain suspended. The parties suggest that the United States should file a statement of interest within

14 days of the resolution of the review process described above or any other development that affects this appeal. If the review process is not resolved by July 5, 2023, the parties suggest that the United States should file a further status report on that date.

Respectfully submitted,

s/ Ann O'Connell Adams

ANN O'CONNELL ADAMS
Attorney, Appellate Section
Criminal Division
United States Department of Justice
950 Pennsylvania Ave. NW, Rm. 1264
Washington, DC 20530
(202) 514.4086
ann.adams@usdoj.gov

DATED: May 5, 2023

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 147 words.

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Century Schoolbook 14-point type.

s/ Ann O'Connell Adams
ANN O'CONNELL ADAMS
Attorney, Appellate Section
Criminal Division
U.S. Department of Justice

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2023, I electronically filed the foregoing document with the United States Court of Appeals for the Seventh Circuit using the CM/ECF system. I certify that all other participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

s/ Ann O'Connell Adams
ANN O'CONNELL ADAMS