No. 22-2749

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| JEFFERY WILLIAM PAUL,<br>Plaintiff-Appellee,<br><br>v.<br><br>JOHN F. CARAWAY, WARDEN, ET AL.<br>Defendants-Appellants | Appeal from the United States District Court for the Southern District of Indiana<br>Case No. 2:13-cv-00304-JMS-MJD |

**FINAL STATUS REPORT**

Pursuant to this Court's order dated May 8, 2023, the United States respectfully submits this status update on behalf of defendants-appellants.

This Court has suspended the briefing in this appeal pending the completion of an internal review by the Department of Justice concerning the death sentence in this case. The United States is required to file a statement of position within 14 days after resolution of that review process or any other development that affects this appeal.

There has been a development to report: The Acting Solicitor General has decided not to pursue an appeal in this case. See 28 C.F.R.

§ 0.20(b).* Accordingly, simultaneously with this status report, the United States has moved to dismiss the appeal pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

Respectfully submitted,

s/ Ann O'Connell Adams
ANN O'CONNELL ADAMS
Attorney, Appellate Section
Criminal Division
United States Department of Justice
950 Pennsylvania Ave. NW, Rm. 1264
Washington, DC 20530
(202) 514.4086
ann.adams@usdoj.gov

DATED: June 30, 2023

* The Solicitor General is recused in this case.

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 140 words.

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Century Schoolbook 14-point type.

s/ Ann O'Connell Adams
ANN O'CONNELL ADAMS
Attorney, Appellate Section
Criminal Division
U.S. Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2023, I electronically filed the foregoing document with the United States Court of Appeals for the Seventh Circuit using the CM/ECF system. I certify that all other participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

s/ Ann O'Connell Adams
ANN O'CONNELL ADAMS