No. 22-2749

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| JEFFERY WILLIAM PAUL,<br>  Plaintiff-Appellee,<br><br>v.<br><br>JOHN F. CARAWAY, WARDEN, ET AL.<br>  Defendants-Appellants | Appeal from the United States<br>District Court for the Southern<br>District of Indiana<br>Case No. 2:13-cv-00304-JMS-MJD |

## GOVERNMENT'S MOTION TO DISMISS APPEAL

Pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, the United States moves to dismiss the above-captioned appeal. The reasons for this request are as follows:

  1. On August 2, 2022, the district court granted in part plaintiff Jeffrey Paul's petition for a writ of habeas corpus under 28 U.S.C. 2241.

  2. On September 30, 2022, the United States filed a protective notice of appeal, but explained that the appeal had not yet been authorized by the Solicitor General. See 28 C.F.R. § 0.20(b).

  3. On March 6, 2023, this Court agreed to stay the briefing schedule pending the completion of an internal review by the Department

of Justice concerning the death sentence in this case. The government is required to file a statement of interest within 14 days of the resolution of that review process or any other development that affects the appeal.

    4.    Such a development has occurred: The Acting Solicitor General has decided not to pursue an appeal.[*]

Wherefore, the United States respectfully requests that the court dismiss the above-captioned appeal.

DATED: June 30, 2023

                              Respectfully submitted,

                              /s/ Ann O'Connell Adams
                              ANN O'CONNELL ADAMS
                              Attorney, Appellate Section
                              Criminal Division
                              United States Department of Justice
                              950 Pennsylvania Ave. NW, Rm. 1264
                              Washington, DC 20530
                              (202) 514.4086
                              ann.adams@usdoj.gov

---

[*]    The Solicitor General is recused in this case.

# CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 189 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Century Schoolbook 14-point type.

s/ Ann O'Connell Adams<br>
ANN O'CONNELL ADAMS<br>
Attorney, Appellate Section<br>
Criminal Division<br>
U.S. Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2023, I electronically filed the foregoing document with the United States Court of Appeals for the Seventh Circuit using the CM/ECF system.  I certify that all other participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

s/ Ann O'Connell Adams<br>
ANN O'CONNELL ADAMS