# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

July 5, 2023

*By the Court*:

| | |
|---|---|
| No. 22-2749 | JEFFERY WILLIAM PAUL,<br>Petitioner - Appellee<br><br>v.<br><br>JOHN F. CARAWAY, Warden, et al.,<br>Respondents - Appellants |
| **Originating Case Information:** | |
| District Court No: 2:13-cv-00304-JMS-MJD<br>Southern District of Indiana, Terre Haute Division<br>District Judge Jane Magnus-Stinson | |

The following are before the court:

1. **FINAL STATUS REPORT**, filed on June 30, 2023, by counsel for the appellants.

2. **GOVERNMENT'S MOTION TO DISMISS APPEAL**, filed on June 30, 2023, by counsel for the appellants.

**IT IS ORDERED** that this appeal is voluntarily **DISMISSED**. *See* Fed. R. App. P. 42(b).